# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quarmaine Devonta Daniels**                    **Docket No. 5:16-CR-257-1FL**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quarmaine Devonta Daniels, who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 1, 2017, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Quarmaine Devonta Daniels was released from custody on February 15, 2019, at which time the term of supervised release commenced. On March 12, 2019, a Violation Report was submitted for urinalysis positive for marijuana use on February 27, 2019. Daniels admitted to using marijuana on January 31, 2019 and was subsequently referred for substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana use on March 11, 2019, and March 28, 2019, the results of which were confirmed by the National Laboratory. On April 11, 2019, Daniels was confronted with these positive tests and subsequently admitted marijuana use on January 15, 2019, February 14, 2019, and March 3, 2019. Additionally, the defendant failed to report to a scheduled substance abuse assessment on March 30, 2019, with Substance Abuse Professional Services in Wilson, North Carolina. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dwayne K. Benfield                    /s/ Matthew A. Fmura
Dwayne K. Benfield                        Matthew A. Fmura
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          201 South Evans Street, Rm 214
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2345
                                          Executed On: April 16, 2019

## ORDER OF THE COURT

Considered and ordered this ___17th___ day of ___April_____, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge